**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No.  09-cv-00367-REB

UNITED STATES OF AMERICA,

    Peititioner,

v.

ELVIRA LOPEZ, President,
Panaderia Guadalahara, Inc.,

    Respondent.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

The matter before me is the petitioner's **Notice of Voluntary Dismissal of Case**

[#4] filed March 18, 2009.  After careful review of the notice and the file, I conclude that

the notice should be approved and that this action should be dismissed.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Notice of Voluntary Dismissal of Case** [#4] filed March 18, 2009, is

**APPROVED**;

2.  That the hearing on the Order To Show Cause set for March 26, 2009, at 2:30

p.m., is **VACATED**; and

3.  That this action is **DISMISSED WITHOUT PREJUDICE**.

Dated March 18, 2009, at Denver, Colorado.

                              BY THE COURT:

                              Robert E. Blackburn
                              United States District Judge